```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/16/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRY D. HERBERT and MELVON E. HERBERT,

                        Plaintiffs,

-against-

CHRISTOPH ESPINAL and ARS CARGO LOGISTIC, LLC,

                        Defendants.

24 Civ. 3604 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 13, 2024, Defendants removed this action from Supreme Court, New York County. ECF No. 2. Although the notice of removal references exhibits containing "a copy of all process and pleadings," there are no exhibits to the removal notice. *Id.* ¶ 9. Accordingly:

1. By **May 20, 2024**, Defendants shall file an amended notice of removal with all exhibits properly attached;
2. By **May 20, 2024**, Defendants shall serve this order on Plaintiffs and file proof of service on the docket.
3. By **May 23, 2024**, Plaintiffs shall file a letter stating whether they seek to contest removal. If so, the Court shall set a briefing schedule.

    SO ORDERED.

Dated: May 16, 2024
       New York, New York

                                               ANALISA TORRES
                                  United States District Judge